CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada  89102
Telephone:  (702) 385-1954
Facsimile:   (702) 385-9081
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KRISTINA WILDEVELD-CONEH,

    Plaintiff,

v.

LAS VEGAS METROPOLITAN POLICE
DEPARTMENT, a Political Subdivision
of the STATE OF NEVADA; Police Officer
RICHARD DEAN GOSLAR, individually
and as a police officer employed by the
LAS VEGAS METROPOLITAN POLICE
DEPARTMENT; POLICE OFFICERS
JOHN DOES I-XX; and JOHN DOES
I-XX, inclusive,

    Defendants.

Case No.: 2:10-cv-00983-RLH-PAL

_____/

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, Plaintiff, KRISTINA WILDEVELD, by and through her attorney CAL J. POTTER, III, ESQ. and Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and Police Officer RICHARD DEAN GOSLAR by and through their

///
///
///
///
///
///

attorney THOMAS D. DILLARD, JR., ESQ., that all claims in this matter be dismissed with prejudice as to all parties, each party to bear their own fees and costs.

DATED this 19 day of October, 2011.                    DATED this 20 day of October, 2011.

POTTER LAW OFFICES                                     OLSON, CANNON, GROMLEY
                                                       & DESRUISSEAUX

By_____                              By_____
CAL J. POTTER, III, ESQ.                               THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 1988                                    Nevada Bar No. 6270
1125 Shadow Lane                                       9950 West Cheyenne Avenue
Las Vegas, Nevada 89102                                Las Vegas, Nevada 89129
*Attorney for Plaintiff*                               *Attorney for Defendants*

### ORDER

IT IS HEREBY ORDERED that all claims in this matter are dismissed with prejudice, each party to bear their own fees and costs.

DATED this 21st day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:
POTTER LAW OFFICES

By_____
CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
1125 Shadow Lane
Las Vegas, Nevada 89102
Ph: (702) 385-1954
Fax: (702) 385-9081
*Attorney for Plaintiff*